# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOHN ORR,**

    Plaintiff,

vs.                                    **CASE NO. 4:05CV410-MMP/AK**

**RUSSELL HOSFORD, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for a copy of his complaint and a request for an extension of time to file an amended complaint. (Doc. 18). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the Clerk is herein directed to mail to Plaintiff at his last known address a copy of the complaint. (See Doc. 7). Plaintiff shall have thirty days from this date or through January 23, 2006, to file an amended complaint as directed by previous order.

**DONE AND ORDERED** at Gainesville, Florida, this **21st** day of December, 2005.

                                      s/ A. KORNBLUM
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**